UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                       Case # 07-30006

vs.

JACQUELINE BAKER,

       Defendant.
_____/

## STIPULATION TO CONTINUE PRELIMINARY HEARING

The United States of America and defendant agree that there is good cause to continue the preliminary hearing in this case, now scheduled to take place on January 24, 2007, and that the preliminary hearing will be continued until March 26, 2007. *See* Fed. R. Crim. P. 5.1(d). The parties also stipulate and agree that this Stipulation and any order resulting therefrom shall not affect any previous order of pretrial detention or pretrial release and is excludable time under the Speedy Trial Act, *see* 18 U.S.C. § 3161(b).

                                                                                    Respectfully submitted,

                                                                                    STEPHEN J. MURPHY
                                                                                    United States Attorney

s/*MICHAEL R. MUELLER*                    s/*NICHOLAS J. VENDITTELLI* (w/consent)
Assistant U.S. Attorney                          Attorney for Defendant
211 W. Fort Street, Suite 2001                6053 Chase Road
Detroit, MI 48226                                      Dearborn, MI 48126
(313) 226-9579                                             (313) 945-5100

Dated: January 23, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                        Case # 07-30006

vs.

JACQULINE BAKER,

       Defendant.
_____/

## ORDER CONTINUING PRELIMINARY HEARING

      This matter coming before the court on the stipulation of the parties, it is ordered pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure that the preliminary hearing in this case, now scheduled to take place on January 24, 2007, be continued until March 26, 2007.  It is further ordered that this continuance constitutes excludable delay under the Speedy Trial Act, *see* 18 U.S.C. § 3161(b).

                                                      s/ Mona K. Majzoub
                                                      MONA K. MAJZOUB
                                                      U.S. Magistrate Judge

Entered: January 24, 2007